**No. 11-408. David H. Tullis and Michael S. Mack, Petitioners v. UMB Bank, N.A., et al.**

565 U.S. 1148, 132 S. Ct. 1005, 181 L. Ed. 2d 791, 2012 U.S. LEXIS 499.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 423 Fed. Appx. 567.

**No. 11-526. Richard W. Drake, Petitioner v. Laboratory Corporation of America Holdings, et al.**

565 U.S. 1148, 132 S. Ct. 1021, 181 L. Ed. 2d 791, 2012 U.S. LEXIS 519.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 417 Fed. Appx. 84.

**No. 11-568. Samuel Pierce, Petitioner v. Rona Woldenberg.**

565 U.S. 1148, 132 S. Ct. 1032, 181 L. Ed. 2d 791, 2012 U.S. LEXIS 477.

January 9, 2012. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Second Circuit denied.

**No. 11-6385. James Roderck Brown, Petitioner v. United States.**

565 U.S. 1148, 132 S. Ct. 1003, 181 L. Ed. 2d 791, 2012 U.S. LEXIS 444.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 653 F.3d 337.

**No. 11-7270. Reginald Matheiw Castel, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1148, 132 S. Ct. 1037, 181 L. Ed. 2d 791, 2012 U.S. LEXIS 470.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 427 Fed. Appx. 103.